# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SKENDER HOTI** and **BEBA HOTI,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT** solely as Trustee for **THE RMAC TRUST SERIES 2016-CTT, BARKLEY MASTER ASSOCIATION, INC.** and **DAVID GARTEN,**
Appellees.

No. 4D19-837

[October 31, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard H. Harrison, Judge; L.T. Case No. 502018CA012833.

Arthur J. Morburger, Miami, for appellant.

Richard S. McIver and H. Michael Muniz of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***